

**NUMBER 13-08-083-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**IN RE: JOSE MANUEL TREJO**

---

**On Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

**Before Chief Justice Valdez and Justices Garza and Benavides**
**Per Curiam Memorandum Opinion[1]**

Relator, Jose Manuel Trejo, proceeding *pro se*, has filed a petition for mandamus relief by which he requests this Court to direct respondent, the Honorable Margarito Garza,[2] Judge of the 148th Judicial District Court of Nueces County, Texas, to issue a judgment *nunc pro tunc* convicting relator of robbery instead of aggravated robbery. This

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

[2] The Honorable Margarito Garza is no longer the presiding judge of the 148th Judicial District Court of Nueces County, Texas.

Court requested a response from the real party in interest, the Honorable Carlos Valdez, the district attorney of Nueces County, Texas, and a response was timely filed.

The Court, having examined and fully considered the petition for writ of mandamus and the response, is of the opinion that relator has not shown himself entitled to the relief sought and the petition for writ of mandamus should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, the petition for writ of mandamus is DENIED.

Per Curiam

Do not publish.
TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and filed
on the 20th day of March, 2008.